**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:  YASMIN AND YAZ | ) |
| (DROSPIRENONE) MARKETING, SALES | )      3:09-md-02100-DRH |
| PRACTICES AND PRODUCTS LIABILITY | ) |
| LITIGATION | )      MDL No. 2100 |
| | ) |

**This Document Relates To:**

*Christina Hanson v. Bayer HealthCare*          No. 15-yz-00234-DRH
*Pharmaceuticals Inc., et al.*

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.**    These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on May 11, 2015, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:   /s/*Caitlin Fischer*
            **Deputy Clerk**

Digitally signed
by David R.
Herndon
Date: 2015.05.12
15:29:42 -05'00'

APPROVED:
            DISTRICT JUDGE
            U. S. DISTRICT COURT